# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2020

*The Court of Appeals hereby passes the following order:*

**A19A2198.  DENNIS THOMAS v. CITY OF ATLANTA FIREFIGHTERS PENSION FUND, et al.**

In this direct appeal, Dennis Thomas seeks review of the superior court's final order affirming the decision of the City of Atlanta Firefighters Pension Fund and its Board of Trustees to deny Thomas' claim for additional pension benefits. Under OCGA § 5-6-35 (a) (1), however, appeals from orders of superior courts reviewing an administrative decision must be initiated by filing an application for discretionary appeal. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Thomas' failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  01/30/2020*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*